# United States District Court
## Western District of North Carolina
## Bryson City Division

| | | |
|---|---|---|
| Cynthia Jean Day, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 2:12-cv-00014-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security Administration, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2013 Order.

August 7, 2013

Frank G. Johns, Clerk
United States District Court